UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10084
_____

RICHARD LARA

      Petitioner - Appellant

v.

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION

      Respondent - Appellee.

------------------

Appeal from the United States District court for the
Northern District of Texas, Fort Worth
------------------
August 7, 1998
ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

(Opinion _____, 5 Cir., _____, _____ F.3d _____)

Before POLITZ, Chief Judge, REYNALDO G. GARZA, and DENNIS,

Circuit Judges.

PER CURIAM:

      Treating the Petition for Rehearing En Banc as a Petition
for Panel Rehearing on behalf of Richard Lara, the Petition for
Panel Rehearing is GRANTED-IN-PART as is the Petition for
Rehearing of Gary L. Johnson, Director of the Texas Department of
Criminal Justice, as stated further below.  No member of this
panel nor judge in regular active service on the court having
requested that the court be polled on Rehearing En Banc filed by
the Appellant, Richard Lara, the Suggestion for Rehearing En Banc
in his behalf is DENIED.

      Both the appellant and Appellee have called our attention to
an error in the prior opinion with regards to Footnote 3 of the
opinion.  Footnote 3 is hereby revised from:

      Lara originally alleged that his rights to a speedy trial
      under the IAD were violated by Texas and California.  On
      appeal, he only alleges this claim against Texas.  Failure

to brief an issue on appeal constitutes waiver. *Koetting*, 995 F.2d at 38 n.1.

Instead it will read:

Lara originally alleged that his rights to a speedy trial under the IAD were violated by Texas and California. On appeal, he only alleges this claim against California. Failure to brief an issue on appeal consitutes waiver. *Koetting*, 995 F.2d at 38 n.1.

ENTERED FOR THE COURT:

_____
    REYNALDO G. GARZA
U.S. SENIOR CIRCUIT JUDGE